WILLIAM E. HALLADA, JR., v. GREAT NORTHERN RAILWAY.[1,2]

June 10, 1955.

No. 36,670.

*Edwin C. Matthias, Anthony Kane, W. P. Westphal,* and *R. J. Quinlivan,* for appellant.

*Davis, Rerat, Yaeger & Lush* and *Harry H. Peterson,* for respondent.

PER CURIAM.

Appeal from a judgment. The case was here before on an appeal from an order denying defendant's motion for judgment notwithstanding the verdict or in the alternative for a new trial. Our opinion filed February 25, 1955,

---

[1]Reported in 72 N. W. (2d) 74.

[2]Certiorari denied, 350 U. S. 874, 76 S. Ct. 119, 100 L. ed. ——.

affirmed the order appealed from if plaintiff within ten days after the filing of the remittitur in the lower court shall file his written consent to a reduced verdict in the sum of $105,000. Hallada v. G. N. Ry. 244 Minn. 81, 69 N. W. (2d) 673. Within the ten-day period plaintiff filed his written consent to a reduction of the verdict. For the reasons given in the previous opinion the judgment appealed from is affirmed.